Laurie B. Mapes, OSB #841670
lauriemapes2002@yahoo.com
Attorney at Law
PO Box 1241
Scappoose OR 97056
Voice: (503) 543-2900
Fax: (503) 543-3676
   Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RANDA L.,[1] | Case No. 1:21-cv-01830-YY |
|     Plaintiff, | |
| v. | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b) |
|     Defendant. | |

    Plaintiff, Randa L., brought this action for review of the Commissioner's final decision to deny Plaintiff's application for disability benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-34. Doc. No. 1. The Court remanded this matter for immediate calculation and award of benefits. Doc. Nos. 21, 22.

    Plaintiff now seeks an award of attorney fees under 42 U.S.C. § 406(b). Doc. Nos. 28, 29. The Court finds that the requested fees are reasonable.

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the non-governmental party or parties in this case.

ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b) - 1

Plaintiff's motion for attorney fees (Doc. Nos. 28, 29) is granted. Plaintiff's counsel is awarded $25,577.25 in attorney fees under 42 U.S.C. § 406(b). Earlier, the Court awarded Plaintiff attorney fees in the amount of $12,500.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). Doc. No. 27. Plaintiff's counsel confirmed receipt of EAJA attorney fees in that amount. Doc. No. 29. An EAJA award of attorney fees offsets an award under Section 406(b). <u>Gisbrecht v. Barnhart</u>, 535 U.S. 789, 796 (2002). Therefore, when Defendant issues the Section 406(b) check for payment to Plaintiff's attorney, Defendant is directed to subtract the amount previously awarded under EAJA and pay Plaintiff's attorney, Laurie B. Mapes, the balance of $13,077.25, less any applicable processing or user fees prescribed by statute. The Section 406(b) check should be mailed to Laurie B. Mapes at P.O. Box 1241, Scappoose OR 97056.

IT IS SO ORDERED.

DATED this  18th  day of    July            , 2024.

　　/s/ Youlee Yim You　　
Youlee Yim You
United States Magistrate Judge

SUBMITTED BY:

/s/ Laurie B. Mapes
Laurie B. Mapes
OSB #841670
(503) 543-2900
Attorney for Plaintiff

ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b) - 2